

# Purchase Order for John Deere Equipment (U.S. Only)

**PO#** 03926640
**PO Revision#** Original

| PURCHASER'S NAME - First Signer (First, Middle Initial, Last) | DATE OF ORDER | COMPANY UNIT | DEALER ACCOUNT NO. |
|---|---|---|---|
| AMY HOLDEN | Feb 25, 2016 | 03 | 037399 |

| (SECOND LINE OF OWNER NAME) | DEALER ORDER NO. 03917576 | | |
|---|---|---|---|
| STREET OR RR 155 DANA KEPLEY RD | SOC.SEC. | IRS NO. | EIN.NO. |

| TOWN WESTMORELAND | STATE TN | ZIP CODE 37186 | TRANSACTION TYPE Finance | PURCHASER SALES TAX EXEMPT |
|---|---|---|---|---|
| COUNTY SUMNER | PURCHASER ACCT. | PHONE NO. 615-815-8383 | SELLER'S NAME & ADDRESS WRIGHT IMPLEMENT 1, LLC 2750 New Bowling Green Road GLASGOW, KY, 42141 2706789200 | |
| E-MAIL ADDRESS | | | | |

| PURCHASER'S NAME - Second Signer | |
|---|---|
| STREET OR RR | |
| TOWN | STATE  ZIP CODE |
| Use County SUMNER | Use State/Province TN |

I (We), the undersigned, hereby order from Dealer the Equipment described below, to be delivered as shown below. This order is subject to Dealer's ability to obtain such Equipment from the manufacturer and Dealer shall be under no liability if delivery of the Equipment is delayed or prevented due to labor disturbances, transportation difficulties, or for any reason beyond Dealer's control. The price shown below is subject to Dealer's receipt of the Equipment prior to any change in price by the manufacturer. It is also subject to any new or increased taxes imposed upon the sale of the Equipment after the date of this order.

± NOTICE: Equipment may be equipped with telematics hardware and software ("Telematics") that transmit data to John Deere. Purchaser may deactivate Telematics by contacting the JDLink Global Support group at 1-800-251-9928 or via email at jdlinksupport@johndeere.com.

| QTY | NEW | DEMO | RENTAL | USED | Equipment & Value Added Service (Give Model, Size & Description) | Hours of Use | PRODUCT IDENTIFICATION NUMBER | DELIVERED CASH PRICE (Or Total Lease Payments) |
|---|---|---|---|---|---|---|---|---|
| 1 | X | | | | 2015 JOHN DEERE Z665 EZtrak? Residential Zero-Turn-Radius Mower with 60 in. HC Deck Stock # 58505 | 0 | 1GXZ665XCFF170426 | $ 5,699  00 |
| | | | | | - DECLINED :PowerGard Protection : PowerGard Protection | | 107062158 | |
| | | | | | - DECLINED :Residential Z-Trak Annual Maintenance Plan : Residential Z-Trak Annual Maintenance Plan | | 107062158 | |
| | | | | | - DECLINED :Residential Z-Trak 2 Year Annual Maintenance Plan : Residential Z-Trak 2 Year Annual Maintenance Plan | | 107062158 | |
| | | | | | - DECLINED :Residential Z-Trak 3 Year Annual Maintenance Plan : Residential Z-Trak 3 Year Annual Maintenance Plan | | 107062158 | |
| | | | | | - DECLINED :Residential Z-Trak 4 Year Annual Maintenance Plan : Residential Z-Trak 4 Year Annual Maintenance Plan | | 107062158 | |
| | | | | | - DECLINED :Lawn Tractor Annual Maintenance Plan : Lawn Tractor Annual Maintenance Plan | | 107062158 | |

I (We) offer to sell, transfer, and convey the following item(s) at or prior to the time of delivery of the above Equipment, as a "trade-in" to be applied against the cash price. Such item(s) shall be free and clear of all security agreements, liens, and encumbrances at the time of transfer to you. The following is a description and the price to be allowed for each item.

**TOTAL CASH PRICE** $ 5,699  00

| QTY | DESCRIPTION OF TRADE-IN | Hours of Use | PRODUCT IDENTIFICATION NUMBER | AMOUNT |
|---|---|---|---|---|
| | | | TOTAL TRADE-IN ALLOWANCE | $ 0  00 |

| PURCHASER TYPE | MARKET USE |
|---|---|
| 8 Residential | 89 Residential |

COMMENTS: $2500 DOWN   CHECK # 3573
FINANCE $3540.94
4.9 FOR 48 mo.

AUTHORIZATION #

| | |
|---|---|
| 1. TOTAL CASH-PRICE | $ 5,699  00 |
| 2. TOTAL TRADE-IN ALLOWANCE | $ 0  00 |
| 3. TOTAL TRADE-IN PAY-OFF | $ 0  00 |
| 4. BALANCE | $ 5,699  00 |
| 5. SALES TAX - (6.00%) | $ 341  94 |
| 8. SUB-TOTAL | $ 6,040  94 |
| 9. CASH WITH ORDER | $ 0  00 |
| 10. RENTAL APPLIED | $ 0  00 |
| 11. CASH DISCOUNT | $ 0  00 |
| 12. BALANCE DUE | $ 6,040  94 |

**IMPORTANT WARRANTY NOTICE** The John Deere warranty applicable to new John Deere Equipment is printed and included with this document. There is no warranty on used equipment. The new equipment warranty is part of this contract. Please read it carefully. YOUR RIGHTS AND REMEDIES PERTAINING TO THIS PURCHASE ARE LIMITED AS SET FORTH IN THE WARRANTY AND THIS CONTRACT. IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS ARE NOT MADE AND ARE EXCLUDED UNLESS SPECIFICALLY PROVIDED IN THE JOHN DEERE WARRANTY.

NOTICE: Use of John Deere Services, if applicable, and all rights and obligations of John Deere and the Customer (as identified in the applicable agreement), are governed by the terms and conditions outlined in the applicable Services and Software agreements available at www.JohnDeere.com/Agreements. If these terms and conditions are not agreeable do not use the Services.

DISCLOSURE OF REGULATION APPLICABILITY: When operated in California, any off-road diesel vehicle may be subject to the California Air Resources Board In-Use Off-Road Diesel Vehicle Regulation. It therefore could be subject to retrofit or accelerated turnover requirements to reduce emissions of air pollutants.

ACKNOWLEDGEMENTS -I (We) promise to pay the balance due (line 12) shown above in cash, or to execute a Time Sale Agreement (Retail Installment Contract), or a Loan Agreement, for the purchase price of the Equipment, plus additional charges shown thereon or execute a Lease Agreement, on or before delivery of the Equipment ordered herein. Despite physical delivery of the Equipment, title shall remain in the seller until one of the foregoing is accomplished.

| JOHN DEERE | Purchase Order for John Deere Equipment (U.S. Only) | PO# 03926640 |
|---|---|---|
| | | PO Revision# Original |

Quote ID: 12843342

Purchaser Name: AMY HOLDEN

Purchaser's Signature: *[signature: A Holden]*

Accepted By: *[signature]*

Purchaser's Signature:

Date Accepted:

Salesperson BRANSTETTER, MICHAEL K

DELIVERED ON:

WARRANTY BEGINS:


**JOHN DEERE FINANCIAL**

## PURCHASE RECEIPT

WRIGHT IMPLEMENT 1, LLC
2750 NEW BOWLING GREEN RD
GLASGOW, KY 42141-9734
US
(270) 678-9200

## PURCHASE TRANSACTION

| | |
|---|---|
| Dealer #: ****1557 | Invoice #: 03926640 |
| Date: February 26, 2016 | Card Type: JDFRP |
| Account #: ************0556 | |
| Account Name: AMY M HOLDEN | |
| Authorization #: 908953 | PO #: 03926640 |
| Model #: z665 | Serial #: 1GXZ665XCFF170426 |
| DBC: 00019 RESIDENTIAL ZTRAKS | |
| Credit Plan #: 02766 - 4.9% APR FOR 48 MONTHS | |
| Amount: $3,540.94 | |

## REPAYMENT TERMS

The entire transaction amount will be assessed at the APR indicated and will either pay out in a fixed number of months or at repayment percentage indicated.

## ACCOUNT TERMS AND CONDITIONS

This purchase is subject to the terms of the issuer's credit agreement. I grant the issuer a purchase money security interest, except as limited in that agreement, in the goods described.

Buyer's Signature X _____

Thank you for using John Deere Financial

------------ Merchant Copy ------------